Former decision, 563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3103.

**No. 10-9049. In re Richard Roche, Petitioner.**

564 U.S. 1013, 131 S. Ct. 3014, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4538.

June 13, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1285, 131 S. Ct. 1712, 179 L. Ed. 2d 647, 2011 U.S. LEXIS 2318.

**No. 10-9067. Barry Wayne Adams, Petitioner v. Michigan.**

564 U.S. 1014, 131 S. Ct. 3014, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4415.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3018.

**No. 10-9094. Richard Lee Woodbury, Petitioner v. City of Tampa, Florida, Police Department, et al.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4453.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3344.

**No. 10-9289. Martha Ritter, Petitioner v. E. Kerfoot Ritter, Jr., et al.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4512.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1195, 2011 U.S. LEXIS 3533.

**No. 10-9426. Mark Anthony Bramlett, Petitioner v. United States.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4498.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2916.

**No. 10-9534. In re Julius T. Andrews, Petitioner.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4485.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 934, 131 S. Ct. 2131, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2843.

**No. 10-9535. In re Julius T. Andrews, Petitioner.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4499.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 934, 131 S. Ct. 2131, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2842.

**No. 10-9661. Jeffrey Gray, Petitioner v. United States.**

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 839, 2011 U.S. LEXIS 4391.

June 13, 2011. Petition for rehearing denied.